IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-60581
Summary Calendar
_____

DARREN TOLER,

                                        Plaintiff-Appellant,

versus

MARK STEED et al.,

                                        Defendants;

MARK STEED, as trooper
for the Mississippi Highway
Safety Patrol,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:98-CV-224-D-A
--------------------
May 2, 2000

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Darren Toler argues that the district court erred in dismissing his 42 U.S.C. § 1983 complaint alleging that without a warrant or probable cause he was illegally arrested and his person and property were illegally searched by defendant Steed. Toler also argues that his constitutional rights were violated by defendant Steed's failure to advise him of the charge for which he was being arrested. Having considered the parties' briefs, pleadings, and summary judgment evidence, we AFFIRM the district

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's opinion for essentially the same reasons as presented below.

AFFIRMED.